UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GREGORY ARNOLD,

                              Plaintiff,

v.

CORECIVIC OF TENNESSEE LLC, et al.,

                              Defendants.

Case No.: 20cv0809-W(RBB)

**NOTICE AND ORDER SETTING EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**

IT IS HEREBY ORDERED that an Early Neutral Evaluation Conference and Case Management Conference will be held by telephone before United States Magistrate Judge Ruben B. Brooks on **February 23, 2021**, at **8:30 a.m.**  If circumstances relating to the COVID-19 public emergency have improved prior to the scheduled date, the Court will notify the parties that it will conduct the conference in person.

The Court will begin the conference on its teleconference line.  All participating counsel and parties may access this line by using the following call-in information:

**Dial-in Number:  877-336-1829**

**Access Code:  1944316**

Early Neutral Evaluation Conference briefs should be submitted in every case. They are to be submitted no later than one week before the conference by email to

efile_brooks@casd.uscourts.gov.  During the course of the conference, the Court may initiate separate confidential calls with each party.  Each party must provide the Court with a single telephone number to use to initiate these calls, with both counsel and client representatives with full settlement authority already conferenced in and ready to engage in settlement discussions.  Counsel should include in their brief (1) the telephone number and any call-in information (e.g., conference line passcodes) the Court should use to initiate separate confidential calls and (2) the names of all individuals expected to participate in the conference on behalf of their client(s).

Pursuant to Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of California, all parties (including those who are indemnified by others), claims adjusters for insured defendants, and client representatives with full and unlimited authority[1] to enter into a binding settlement, as well as the principal attorneys responsible for the litigation, must be present and legally and factually prepared to discuss and resolve the case.  Client representatives must have settlement authority and be prepared to answer detailed factual questions about the case.  Generally, it is inappropriate for corporate counsel to act as the sole client representative.  In some cases, two or more party representatives will be necessary to meet the Court's requirements.  Failure to attend or obtain a proper excusal will be considered grounds for sanctions.

Plaintiff's(s') counsel shall give notice of the Early Neutral Evaluation Conference to all defendants filing an answer after the date of this notice.

///

---

[1] "Full authority to settle" means that the individuals at the settlement conference be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir. 1989).  The person needs to have "unfettered discretion and authority" to change the settlement position of a party.  Pitman v. Brinker Int'l, Inc., 216 F.R.D. 481, 485-86 (D. Ariz. 2003).  The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face-to-face conference.  Id. at 486.  A limited or a sum certain of authority is not adequate.  Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).

20cv0809-W(RBB)

All conference discussions will be informal, off the record, privileged and confidential.  Absent good cause shown, if any party, counsel, or representative fails to promptly appear at the conference, fails to comply with the terms of this Order, is substantially unprepared to meaningfully participate in the conference, or fails to participate in good faith in the conference, the early neutral evaluation conference may be vacated and sanctions may be imposed pursuant to Rules 16(f) and 37(b)(2)(B), (C), and (D), Federal Rules of Civil Procedure.

In the event the case does not settle at the Early Neutral Evaluation Conference, the parties shall also be prepared to discuss the following matters at the conclusion of the conference:

1.    Any anticipated objections under Federal Rules of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

2.    The scheduling of the Federal Rule of Civil Procedure 26(f) conference (except in patent cases where no later than twenty-one days before the early neutral evaluation conference, the parties are to meet and confer pursuant to Rule 26(f));

3.    The date of initial disclosure and the date for lodging the discovery plan following the Rule 26(f) conference; and

4.    The scheduling of a case management conference pursuant to Federal Rule of Civil Procedure 16(b).

The Court will issue an order following the early neutral evaluation conference addressing these issues and setting dates as appropriate.

Questions regarding this case may be directed to the magistrate judge's research attorney at (619) 557-3404.

Dated:  January 22, 2021

Hon. Ruben B. Brooks
United States Magistrate Judge

3

20cv0809-W(RBB)

cc: All Parties of Record

A Notice of Right to Consent to Trial Before a United States Magistrate Judge is attached for your information.

20cv0809-W(RBB)

## <u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY UNITED STATES MAGISTRATE JUDGE</u>

In accordance with the provisions of 28 U.S.C. § 636(c), you are hereby notified that a United States Magistrate Judge of this district may, upon the consent of all parties, conduct any or all proceedings, including a jury or non-jury trial, and order the entry of a final judgment.  Consent forms are available in the Clerk's office.  Counsel for the Plaintiff shall be responsible for obtaining the consent of all parties, should they desire to consent.

You should be aware that your decision to consent or not to consent is entirely voluntary and should be communicated solely to the Clerk of the Court.  Only if all parties consent will the district judge or magistrate judge to whom the case has been assigned be informed of your decision.

Judgments of the United States Magistrate Judges are appealable to the United States Court of Appeals in accordance with this statute and the Federal Rules of Appellate Procedure unless the parties at the time of their consent to trial before a magistrate judge agree upon review by the United States District Court.

20cv0809-W(RBB)