**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ARNOLD v. CORECIVIC OF TENNESSEE LLC, et al.                Case No.:  20cv0809-W(RBB)

                                                           Time Spent:  _____

HON. RUBEN B. BROOKS                                        Rptr. _____

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Josh D. Gruenberg | Paul M. Gleason |
| Colette N. Mahon | |

PROCEEDINGS:          ☐ In Chambers          ☐ In Court          ☒ Videoconference

An early neutral evaluation conference and case management conference were held.

A settlement conference is set for **June 24, 2021, at 8:30 a.m.**  All parties, counsel, and client representatives shall participate by Zoom videoconference using the same meeting information used for the February 23, 2021 conference.  Updated settlement conferences briefs shall be submitted to **efile_brooks@casd.uscourts.gov** on or before June 17, 2021.

During the conference, the parties informed the Court that two other related actions are currently pending in this district.  In accordance with Civil Local Rule 40.1(f), the parties shall separately or jointly file a Notice of Related Case in each related action by no later than February 26, 2021.

DATE: February 23, 2021                IT IS SO ORDERED:  _____
                                                           Ruben B. Brooks,
                                                           U.S. Magistrate Judge

cc: Judge Whelan
    All Parties of Record