# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Gregory Arnold, an individual

Plaintiff,

v.

Corecivic of Tennessee LLC; Does 1 through 25, inclusive

Defendant.

Case No.    20cv0809-W-RBB

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

**FILED**

Mar 11 2021

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY _____ s/ soniad _____ **DEPUTY**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:    "Low-Numbered Case No.:    20cv0808-L-DEB

Title:    Smith v. Corecivic of Tennessee LLC et al

Nature of Case:    442 Civil Rights: Jobs

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☐ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☐ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☐ | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

**New Case #:    20cv0808-L-DEB**

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:    3/9/21

By: s/ J. Taylor

J. Taylor, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:    3/10/2021

_M. James Lorenz_
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge M. James Lorenz and Magistrate Judge Daniel E. Butcher for all further proceedings.

Dated:    3/11/21

_Thomas J. Whelan_
United States District Judge