UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ARNOLD, an individual,<br><br>                  Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE LLC,<br><br>                  Defendant. | Case No.:  20-cv-809-L (DEB)<br><br>**ORDER AMENDING SCHEDULING ORDER** |

Due to the recent reassignment of this case to undersigned and the Hon. M. James Lorez, the Court amends the Scheduling Order (Dkt. No. 14) as follows.

**IT IS HEREBY ORDERED**:

1.    The parties must review and familiarize themselves with the Civil Local Rules of this District ("Local Rules"), the Electronic Case Filing Administrative Policies and Procedures ("CM/ECF Manual"), the Standing Order for Civil Cases issued by the Hon. M. James Lorenz ("Standing Order"), and the undersigned Magistrate Judge's Chambers Rules ("Chambers Rules"), all of which are posted on this District's website.

### Pleadings

2.    The deadline to file any motion to join other parties, to amend the pleadings, or to file additional pleadings is not reset. *See* Dkt. No. 14.

/ /

1

**Status Conference**

3.    A telephonic Status Conference will be held on **September 3, 2021** at **9:00 a.m.** before Judge Butcher. Plaintiff's counsel must arrange for counsel to call the Court's chambers on a shared line to participate.

**Discovery**

4.    The discovery deadlines are not amended. *See* Dkt. No. 14.

**Motion Briefing**

5.    Except for motions *in limine*, all pretrial motions must be filed no later than **March 7, 2022**.  As provided herein and in the Standing Order, **certain motions, including motions for class certification, must be filed well before this date.**

6.    Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.  The period of time between the date of requesting a motion date and the hearing date typically exceeds 30 days.  Failure to make a timely request for a motion date may result in the motion not being heard.

7.    Motion briefing must comply with all applicable Rules, Local Rules, Standing Order, Chambers Rules and court orders.

**Mandatory Settlement Conference**

8.    A Mandatory Settlement Conference shall be conducted on **October 4, 2021** at **1:30 p.m.** in the chambers of **Magistrate Judge Daniel E. Butcher**.  Counsel or any party representing himself or herself shall submit confidential settlement briefs directly to chambers no later than **September 27, 2021**.

**Final Pretrial Conference**

9.    Memoranda of Contentions of Fact and Law are not required and will not be accepted.

10.    No later than **June 13, 2022**, counsel shall comply with Rule 26(a)(3) pre-trial disclosure requirements.  Failure to comply could result in evidence preclusion or other Rule 37 sanctions.

//

2

20-cv-809-L (DEB)

11.     No later than **June 20, 2022**, counsel shall meet and take the action required by Local Rule 16.1(f)(4) with a view to enter into stipulations and agreements to simplify issues for trial.  Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment.  The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c).  Counsel shall note any objections they have to other parties' Rule 26(a)(3) pretrial disclosures.  Counsel shall cooperate in the preparation of the proposed final pretrial conference order.

12.     Counsel for plaintiff is responsible for preparing the proposed final pretrial conference order and arranging the meetings of counsel pursuant to Local Rule 16.1(f).  No later than **June 27, 2022**, plaintiff's counsel must provide opposing counsel with the draft proposed final pretrial order for review and approval.  Opposing counsel must communicate promptly with plaintiff's counsel concerning any objections to form or content.  Both sides shall attempt promptly to resolve their differences, if any, concerning the proposed order.

13.     The proposed final pretrial conference order, including objections to Rule 26(a)(3) pretrial disclosures, shall be served and lodged with Judge Lorenz no later than **July 5, 2022**, and shall comply with Local Rule 16.1(f)(6).

14.     The Final Pretrial Conference is scheduled on the calendar of the **Honorable M. James Lorenz** on **July 11, 2022** at **11:00 a.m.**  Trial briefs are not required for cases tried to the jury.  Leave to file a trial brief for a jury trial must be obtained from Judge Lorenz at the Final Pretrial Conference.

### Additional Provisions

15.     Upon parties' request, a post-trial settlement conference before a Magistrate Judge may be held within 30 days of verdict.

16.     The dates and times set forth herein will not be modified except for good cause shown.

/ /

/ /

20-cv-809-L (DEB)

17.     Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated:  June 7, 2021

_____

Honorable Daniel E. Butcher
United States Magistrate Judge

20-cv-809-L (DEB)