UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ARNOLD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CORECIVIC OF TENNESSEE, LLC, <br><br> Defendant. | Case No.:  20-cv-809-L-DEB <br><br> **ORDER GRANTING JOINT MOTION TO AMEND / MODIFY SCHEDULING ORDER [Dkt No. 27] AND AMENDED SCHEDULING ORDER** |

Before the Court is the parties' [Joint Motion] to Extend the Deadline for Expert Disclosures and Related Deadlines. Dkt No. 27 ("Joint Motion"). With good cause appearing, the Court grants the Joint Motion. The new Scheduling Order dates are:

| Event | Deadline/Date |
|---|---|
| Expert Witness Disclosures | February 25, 2022 |
| Supplemental/Rebuttal Expert Disclosures | March 25, 2022 |
| Expert Discovery Cutoff | April 25, 2022 |
| Pre-trial Motion Filing Cutoff | May 23, 2022 |
| Fed. R. Civ. P. 26(a)(3) pre-trial disclosures | August 29, 2022 |
| Civ LR 16.1.f.4 meeting of counsel | September 5, 2022 |
| Plaintiff's proposed pre-trial order | September 12, 2022 |
| Lodging of proposed final pre-trial order | September 19, 2022 |
| Final Pre-trial Conference | September 26, 2022, 11:00 a.m. |

1

All other guidelines, deadlines, and requirements remain as previously set.

**IT IS SO ORDERED**.

Dated:  November 10, 2021

_____
Honorable Daniel E. Butcher
United States Magistrate Judge

2

20-cv-809-L-DEB