UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ARNOLD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC,<br><br>Defendant. | Case No.:  20-cv-809-L-DEB<br><br>**ORDER GRANTING JOINT MOTION TO AMEND / MODIFY SCHEDULING ORDER**<br><br>**DKT. NO. 35** |

Before the Court is the parties' [Joint Motion] to Extend the Deadline for Expert Disclosures and Related Deadlines. Dkt No. 35 ("Joint Motion"). With good cause appearing, the Court grants the Joint Motion. The new Scheduling Order dates are:

| Event | Deadline/Date |
|---|---|
| Expert Witness Disclosures | April 8, 2022 |
| Supplemental/Rebuttal Expert Disclosures | May 6, 2022 |
| Expert Discovery Cutoff | June 8, 2022 |
| Pre-trial Motion Filing Cutoff | July 6, 2022 |
| Fed. R. Civ. P. 26(a)(3) pre-trial disclosures | October 3, 2022 |
| Civ LR 16.1.f.4 meeting of counsel | October 10, 2022 |
| Plaintiff's proposed pre-trial order | October 17, 2022 |
| Lodging of proposed final pre-trial order | October 24, 2022 |
| Final Pre-trial Conference | October 31, 2022, 11:00 a.m. |

20-cv-809-L-DEB

All other guidelines, deadlines, and requirements remain as previously set.

**IT IS SO ORDERED**.

Dated:  February 11, 2022

_____

Honorable Daniel E. Butcher
United States Magistrate Judge

2

20-cv-809-L-DEB